E-FILED
Monday, 02 November, 2026 11:58:55 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

RONALD P.,

*Plaintiff*,

v.

COMISSIONER OF SOCIAL SECURITY,

*Defendant*.

Case No. 1:26-cv-01296-RLH

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, which is codified at 42 U.S.C. § 405(g), and judgment shall be entered in favor of Plaintiff. Upon receipt of the Court's order, the Appeals Council will direct the Administrative Law Judge to provide the claimant an opportunity for a new hearing; reevaluate the opinion evidence; reevaluate the claimant's residual functional capacity; obtain supplemental vocational evidence at Step 5; and issue a new decision.

*So ordered.*

Entered this 2nd day of November 2026.

s/Ronald L. Hanna

Ronald L. Hanna
United States Magistrate Judge